# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRADLEY REED MILAM                                      NO.   2022 CW 0204

VERSUS

KAMERON BROOKE HUGHES                                   **JUNE 6, 2022**

---

In Re:    Kameron Brooke Hughes, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 1042777.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.** The writ application failed to include an affidavit verifying the allegations of the writ application and service, copy of opposition and attachments or statement advising no opposition was filed, pertinent court minutes, or a notice of intent and return date order, in violation of Rules 4-5(A), 4-5(C)(9), (10) and (11) of the Uniform Rules of Louisiana Courts of Appeal. This court is unable to determine whether the writ application is timely.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before June 20, 2022, and must contain a copy of this ruling.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

*ɑ.Ƨ৵ɭ*
_____
DEPUTY CLERK OF COURT
     FOR THE COURT